```
        UNITED STATES DISTRICT COURT FOR
          THE SOUTHERN DISTRICT OF WEST
                    VIRGINIA

                  AT CHARLESTON
```

IN RE: MARJORIE SUE MUNROE,
     Debtor-in-Possession.

ROBERT L. JOHNS,
in his capacity as
Chapter 7 Trustee,
          Appellant,
v.
                                    Civil Action No. 2:15-16594

MARJORIE SUE MUNROE,
          Appellee.


                          ORDER

On January 31, 2017, the appellant moved to withdraw trustee's appeal from an order of the United States Bankruptcy Court for the Southern District of West Virginia. The motion noted that in the appellant's business judgment as Trustee, further pursuance of the appeal will not benefit the estate and creditors. Consequently, the Court GRANTS the motion, DISMISSES this appeal, and DIRECTS that this case be stricken from the docket of this Court.

The Court DIRECTS the Clerk to send a certified copy of this Order to the Honorable Judge Frank W. Volk, all counsel of record, and any unrepresented parties.

                              ENTER: October 19, 2017

                              John T. Copenhaver, Jr.
                              United States District Judge